*1010 Sup. Ct. S. C.;
Sup. Ct. Tenn.;
C. A. 4th Cir.;
Sup. Ct. Cal.;
Ct. Crim. App. Tex.;
C. A. 11th Cir.;
C. A. 10th Cir.;
*1011 No. 89-7007.
No. 89-7307.
No. 89-7308.
No. 89-7322.
No. 89-7380.
No. 89-7442.
Ct. Crim. App. Tex.;
Ct. Crim. App. Tex.;
Sup. Ct. Ark.;
Sup. Ct. Va.;
Sup. Ct. Ill.; and
Sup. Ct. Ind. Certiorari denied. Reported below: No. 88-7318, 297 S. C. 497, 377 S. E. 2d 556; No. 88-7432, 767 S. W. 2d 387; No. 89-516, 881 F. 2d 117; No. 89-6062, 48 Cal. 3d 1001, 773 P. 2d 172; No. 89-6091, 789 S. W. 2d 572; No. 89-6324, 885 F. 2d 1497; No. 89-6509, 866 F. 2d 1185 and 888 F. 2d 1286; No. 89-7007, 784 S. W. 2d 38; No. 89-7307, 780 S. W. 2d 176; No. 89-7308, 301 Ark. 244, 783 S. W. 2d 341; No. 89-7380, 133 Ill. 2d 226, 549 N. E. 2d 240; No. 89-7442, 543 N. E. 2d 360.